UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT -4 AM 9:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>Jesus PARRA-Godines,<br><br>            Defendant | Magistrate Docket No.<br><br>**'07 MJ 2376**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **October 2, 2007** within the Southern District of California, defendant, **Jesus PARRA-Godines,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **OCTOBER, 2007.**

_____
Ruben B. Brooks
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jesus PARRA-Godines**

## PROBABLE CAUSE STATEMENT

On October 2, 2007, at approximately 6:15 P.M., Border Patrol Agent A. Curtis was performing line-watch operations near Tecate, California. Agent Curtis responded to a citizen report of a possible undocumented alien walking north bound on State Highway 188. This area is approximately half a mile north of the Tecate, California Port of Entry. Upon arriving in the area Agent Curtis observed one individual walking eastbound on Humphries Road. Agent Curtis approached the individual and identified himself as a United States Border Patrol Agent and questioned the individual as to his citizenship. The subject later identified as the defendant **Jesus PARRA-Godines** freely admitted to being a citizen and national of Mexico, not in possession of any immigration documents that would allow him to be in or remain in the United States legally. The defendant stated that he climbed over the international boundary fence a half mile east of the Tecate, California Port of Entry. Agent Curtis subsequently arrested the defendant and transported him to the Tecate Processing Center for further processing and investigation.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **July 07, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.