AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JESUS PARRA-GODINES | CASE NUMBER: 07 CR 2995-IEG |

I, JESUS PARRA-GODINES the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___11/1/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 0 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JESUS PARRA
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER